**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
*tarifa.laddon@faegrebd.com*
THEODORE O'REILLY (*Pro Hac Vice*)
*theodore.oreilly@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone:   (310) 500-2090
Facsimile:    (310) 500-2091

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC;
Biomet U.S. Reconstruction, LLC and
Biomet Manufacturing, LLC

**MORRIS LAW FIRM**
JAMES A. MORRIS, JR. (*Pro Hac Vice*)
jmorris@jamlawyers.com
4111 W. Alameda Ave., Suite 611
Burbank, CA 91505-4164
Telephone: (323) 302-9488
Facsimile: (323) 931-4990

*Attorneys for Plaintiff*
Mitchell Gonzalez

[Additional attorneys listed on following page.]

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mitchell Gonzalez,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Biomet, Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; Biomet Manufacturing, LLC<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01744-GMN-GWF<br><br>Honorable Gloria M. Navarro<br>Honorable George Foley, Jr.<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY STATUS CONFERENCE**<br><br>Discovery Status Conference: June 28, 2019 |

1

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS (Nevada Bar No. 390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone:   (702) 384-7000
Facsimile:   (702) 385-7000

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC;
Biomet U.S. Reconstruction, LLC and
Biomet Manufacturing, LLC


**WETHERALL GROUP, LTD.**
Peter C. Wetherall
*pwetherall@wetherallgroup.com*
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081

*Attorneys for Plaintiff*
Mitchell Gonzalez

Pursuant to this Court's June 14, 2019 Minute Order in Chambers, counsel for Plaintiff Mitchell Gonzalez ("Plaintiff") in the above-named action, and counsel for Defendants Biomet, Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; and Biomet Manufacturing, LLC (collectively, "Biomet," and together with Plaintiff the "Parties"), hereby submit this Joint Stipulation. In support of this Stipulation, the Parties state as follows:

1. Counsel for Plaintiff, James A. Morris, Jr. and Peter Wetherall, are both unavailable on the June 28, 2019 date.

2. Counsel for Biomet were agreeable to scheduling a Discovery Status Conference on a mutually convenient date on or after July 8, 2019.

3. Plaintiff's counsel contacted the court clerk and obtained dates of availability. Dates of availability included July 8, 2018, July 12, 2018, July 22, 2019 and July 23, 2019.

4. The Parties met and conferred regarding the dates of availability.

5. The Parties are therefore seeking the following dates for the Discovery Status Conference:

July 8, 2019 at 2:30 p.m. or 3:30 p.m.; or

July 12, 2019 at 9:30 a.m., or 10:30 a.m. or 11:30 a.m.

Dated: June 27, 2019         **MORRIS LAW FIRM**

                                By: */s/ James A. Morris, Jr.*
                                      JAMES A. MORRIS, JR.

Dated: June 27, 2019  **WETHERALL GROUP, LTD**

By: */s/ Peter C. Wetherall*
    PETER C. WETHERALL

*Attorneys for Plaintiff*
Mitchell Gonzalez

Dated: June 27, 2019  **FAEGRE BAKER DANIELS LLP**

By: */s/ Tarifa B. Laddon*
    TARIFA B. LADDON
    THEODORE O'REILLY

Dated: June 27, 2019  **ALVERSON TAYLOR & SANDERS**

By: */s/ Leann Sanders*
    LEANN SANDERS

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC;
Biomet U.S. Reconstruction, LLC and
Biomet Manufacturing, LLC

**ORDER**

IT IS ORDERED that the Discovery Status Conference will occur on July 12, 2019 at 9:30 a.m. in Courtroom 3A

Dated: __June 27, 2019__

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE