**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
*tarifa.laddon@faegrebd.com*
THEODORE O'REILLY (*Pro Hac Vice*)
*theodore.oreilly@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone:  (310) 500-2090
Facsimile:  (310) 500-2091

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC; and
Biomet U.S. Reconstruction, LLC

**JAMES MORRIS LAW FIRM**
JAMES A. MORRIS, JR. (*Pro Hac Vice*)
*jmorris@jamlawyers.com*
4111 W. Alameda Ave., Suite 611
Burbank, CA 91505-4164
Telephone: (747)283-1144
Facsimile: (747283-1143

*Attorneys for Plaintiff*
Mitchell Gonzalez

[Additional attorneys listed on following page.]

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01744-GMN-EJY<br><br>Honorable Gloria M. Navarro<br>Honorable Elayna J. Youchah.<br><br>**STIPULATION TO AMEND SCHEDULING ORDER**<br>**(First Request)**<br><br>Amended Complaint:  February 7, 2014<br><br>Case Transferred:  September 10, 2018 |

1

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS (Nevada Bar No. 390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone:   (702) 384-7000
Facsimile:   (702) 385-7000

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC; and
Biomet U.S. Reconstruction, LLC

**WETHERALL GROUP, LTD.**
Peter C. Wetherall
*pwetherall@wetherallgroup.com*
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081

*Attorneys for Plaintiff*
Mitchell Gonzalez

Plaintiff Mitchell Gonzalez ("Plaintiff"), together with Defendants Biomet Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; and Biomet Manufacturing, LLC (collectively, "Biomet," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, respectfully move the Court for an extension of fact and expert discovery deadlines to enable the Parties time to complete complex pretrial efforts and efficiently explore options for resolving this case. In support of their stipulation, the Parties state as follows:

1. This case involves a variety of product liability claims against Biomet due to Plaintiff's use of the Biomet M2a Metal-on-Metal Hip Replacement System.

2. This case was consolidated into the United States District Court for the Northern District of Indiana in the South Bend Division, where Judge Robert L. Miller, Jr. presides over *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation* (MDL 2391), cause number: 3:12-MD-2391 ("Biomet M2a Magnum MDL"). Judge Miller transferred this case to this Court on September 10, 2018. *See* Dkt. 192.

3. After remand, this Court issued a Scheduling Order on July 15, 2019, setting a fact discovery deadline of December 13, 2019 and an expert discovery deadline of March 20, 2020, among other pretrial dates. Dkt. No. 215.

4. Since remand, Biomet has actively completed discovery efforts. However, as detailed below, additional time is needed to complete fact and expert discovery due to the complexity of this litigation.

5. Biomet has subpoenaed Plaintiff's medical records from 15 medical providers. Thus far, Biomet has collected 1,757 pages of records but is still in the process of completing case-specific record collection from Plaintiff's remaining treating physicians.

6. Biomet requires the medical records from Plaintiff's treating physicians and facilities in order to identify additional treaters, depose treating physicians and prepare expert witnesses. This task has been laborious due to the large number of physicians and medical departments being contacted.

7. On November 8, 2019, Biomet served written discovery requests on Plaintiff, and Plaintiff's responses are due December 11, 2019.

8. Also, Biomet will seek access to Plaintiff's explanted hip device at issue in this case. The Parties must reach an agreement as to the protocol for shipping, handling, and inspection of the explant device. Once Biomet is in possession of the device, its experts will conduct an inspection that will take approximately six weeks to complete. Biomet's inspection must be done in order to complete expert disclosures.

9. The Parties believe that additional time to complete the above-described fact and expert discovery would benefit both sides and result in judicial efficiency.

10. This request does not affect a trial date, as one has not yet been set.

11. This is the Parties' first request for an extension of pretrial deadlines.

12. This request is not made for the purpose of delay.

**IT IS HEREBY STIPULATED AND REQUESTED**, by and between the Parties and their respective counsel, that discovery and motion deadlines be extended as specified in this stipulation as follows:

- Last date to complete case-specific fact discovery from December 13, 2019 to **April 10, 2020**.

- Last date for Plaintiff to disclose experts for case-specific experts from January 17, 2020 to **June 19, 2020**.

- Last date for Defendants to disclose experts for case-specific experts from February 14, 2020 to **July 10, 2020**.

- Last date to disclose rebuttal experts from March 6, 2020 to **August 7, 2020**.

- Last date to complete case-specific expert discovery from March 20, 2020 to **August 21, 2020**.

- Last date to file dispositive motions from April 30, 2020 to **September 30, 2020**.

- Last date to file joint pretrial order from June 2, 2020 to **November 2, 2020**, unless dispositive motions are filed.

4

| | | |
|---|---|---|
| Dated: November 15, 2019 | | **JAMES MORRIS LAW FIRM** |

By: _____
JAMES A. MORRIS, JR.

Dated: November 15, 2019        **FAEGRE BAKER DANIELS LLP**


By:  */s/ Theodore O'Reilly*
    TARIFA B. LADDON
    THEODORE O'REILLY


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:**  November 18, 2019