1    **FAEGRE BAKER DANIELS LLP**
     TARIFA B. LADDON (*Pro Hac Vice*)
2    *tarifa.laddon@faegrebd.com*
     THEODORE O'REILLY (*Pro Hac Vice*)
3    *theodore.oreilly@faegrebd.com*
     11766 Wilshire Boulevard, Suite 750
4    Los Angeles, CA 90025
     Telephone:    (310) 500-2090
5    Facsimile:    (310) 500-2091

6
     *Attorneys for Defendants*
7    Biomet, Inc.; Biomet Orthopedics, LLC; and
     Biomet U.S. Reconstruction, LLC

8    **JAMES MORRIS LAW FIRM**
     JAMES A. MORRIS, JR. (*Pro Hac Vice*)
9    *jmorris@jamlawyers.com*
     4111 W. Alameda Ave., Suite 611
10   Burbank, CA 91505-4164
     Telephone: (747)283-1144
11   Facsimile: (747283-1143

12
     *Attorneys for Plaintiff*
13   Mitchell Gonzalez

14   [Additional attorneys listed on following page.]

15              **UNITED STATES DISTRICT COURT**

16              **FOR THE DISTRICT OF NEVADA**

17   MITCHELL GONZALEZ,                    Case No. 2:18-cv-01744-GMN-EJY

18                                         Honorable Gloria M. Navarro
               Plaintiff,                  Honorable Elayna J. Youchah.
19   v.
                                           **JOINT STIPULATION TO**
20   BIOMET, INC.; BIOMET ORTHOPEDICS,     **CONTINUE INTERIM STATUS**
21   LLC; and BIOMET U.S.                  **REPORT DEADLINE FROM**
     RECONSTRUCTION, LLC,                  **ORIGINAL SCHEDULING ORDER**
22                                         **(DKT. NO. 215)**
               Defendants.
23

24                                         Amended Complaint:   February 7,
                                           2014
25
                                           Case Transferred:  September 10, 2018
26

27

28

                                      1

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS (Nevada Bar No. 390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone:    (702) 384-7000
Facsimile:    (702) 385-7000

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC; and
Biomet U.S. Reconstruction, LLC

**WETHERALL GROUP, LTD.**
Peter C. Wetherall
*pwetherall@wetherallgroup.com*
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081

*Attorneys for Plaintiff*
Mitchell Gonzalez

Plaintiff Mitchell Gonzalez ("Plaintiff"), together with Defendants Biomet Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; and Biomet Manufacturing, LLC (collectively, "Biomet," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, respectfully move the Court for an extension of the interim status report deadline originally set in the first Scheduling Order issued by this Court on July 15, 2019 (Dkt. No. 215), in order to be current with the newly extended discovery deadlines in the Amended Scheduling Order (Dkt. No. 225). In support of their stipulation, the Parties state as follows:

1. This case involves a variety of product liability claims against Biomet due to Plaintiff's use of the Biomet M2a Metal-on-Metal Hip Replacement System.

2. This case was consolidated into the United States District Court for the Northern District of Indiana in the South Bend Division, where Judge Robert L. Miller, Jr. presides over *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation* (MDL 2391), cause number: 3:12-MD-2391 ("Biomet M2a Magnum MDL"). Judge Miller transferred this case to this Court on September 10, 2018. *See* Dkt. 192.

3. After remand, this Court issued a Scheduling Order on July 15, 2019, setting a fact discovery deadline of December 13, 2019, an expert discovery deadline of March 20, 2020, and an interim status report deadline of January 17, 2020, among other pretrial dates. Dkt. No. 215.

4. On November 18, 2019, this Court granted the Parties' stipulation to extend discovery deadlines, setting a new fact discovery deadline of April 10, 2020 and an expert discovery deadline of August 21, 2020. Dkt. No. 225.

5. The Parties' stipulation to extend discovery deadlines in November 2019 inadvertently did not seek an extension of the interim status report deadline, so the January 17, 2020 deadline for the interim status report is technically still current.

6. L.R. 26-3 requires the Parties to submit an interim status report proposing trial-related information to the court "not later than 60 days before the discovery cut-off." The Parties have conferred and agree that discussion of trial-related proposals would be

better suited to a later time (but still in compliance with L.R. 26-3) in light of the newly Amended Scheduling Order extending discovery deadlines.  The Parties agree that they need to be closer to completing discovery before focusing their efforts on trial; consequently, submitting an interim status report on January 17, 2020 would be premature and not helpful to the Court since discovery will not be complete for at least another 200 days.

7.     The Parties therefore request that the Court approve this Stipulation and extend the interim status report deadline from January 17, 2020 to June 22, 2020, which is 60 days from the close of discovery in this matter and is therefore compliant with L.R. 26-3.

8.     This request does not affect a trial date, as one has not yet been set.

9.     This request is not made for the purpose of delay.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4

**IT IS HEREBY STIPULATED AND REQUESTED**, by and between the Parties and their respective counsel, that the interim status report deadline be extended from January 17, 2020 to **June 22, 2020**.

Dated: January 17, 2020       **FAEGRE BAKER DANIELS LLP**

By: _/s/ Theodore O'Reilly_
TARIFA B. LADDON
THEODORE O'REILLY

Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS,
LLC; AND
BIOMET U.S. RECONSTRUCTION, LLC

Dated: January 17, 2020       **JAMES MORRIS LAW FIRM**

By: _/s/ James A. Morris, Jr._
JAMES A. MORRIS, JR.

Attorneys for Plaintiff
MITCHELL GONZALEZ

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:** _January 21, 2020_