1
2
3
4
5
6
7
8
9
10
11
12
13

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| MITCHELL GONZALEZ, | Case No.: 2:18-cv-01744-GMN-EJY |
|---|---|
| Plaintiff, | Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah |
| vs. | |
| BIOMET, INC.; BIOMET U.S.<br>RECONSTRUCTION, LLC; AND<br>BIOMET ORTHOPEDICS, LLC | ~~[PROPOSED]~~ **ORDER APPROVING**<br>**JOINT STIPULATION TO CONTINUE**<br>**DISCOVERY DEADLINES DUE TO**<br>**COIVD-19 PUBLIC HEALTH**<br>**EMERGENCY** |
| Defendants. | Amended Compl.:   February 7, 2014 |
| | Case Transferred:   September 10, 2018 |

24
25
26
27
28

The Court, upon consideration of the Parties' Joint Stipulation to Continue Discovery Deadlines Due to COVID-19 Public Health Emergency (ECF No. 232), hereby **APPROVES** the Parties' Stipulation. **IT IS HEREBY ORDERED** that the following deadlines are amended as follows:

The last date to complete case-specific fact discovery is extended to **September 11, 2020**; the last date for Plaintiff to disclose experts for case-specific experts is extended to **November 20, 2020**; the last date for Defendants to disclose experts for case-specific experts is extended to **December 22, 2020**; the last date to disclose rebuttal experts is extended to **January 8, 2021**; the last date to complete case-specific expert discovery is extended to **January 22, 2021**; the last date to file an interim status report is extended to **November 23, 2020**; the last date to file dispositive motions is extended to **March 1, 2021**; and the last date to file a joint pretrial order is extended to **April 2, 2021**, unless dispositive motions are filed.

**IT IS SO ORDERED.**

DATED: _April 7, 2020_

_____
Hon. Elayna J. Youchah
United States Magistrate Judge