1 | **FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
2 | *tarifa.laddon@faegredrinker.com*
THEODORE O'REILLY (*Pro Hac Vice*)
3 | *theodore.oreilly@faegredrinker.com*
1800 Century Park East, Suite 1500
4 | Los Angeles, California 90067
Telephone: (310) 203-4000
5 | Facsimile: (310) 229-1285

6 | *Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC; and
7 | Biomet U.S. Reconstruction, LLC

8 | **MORRIS LAW FIRM**
JAMES A. MORRIS, JR. (*Pro Hac Vice*)
9 | *jmorris@jamlawyers.com*
4001 W. Alameda Ave., Suite 208
10 | Burbank, CA 91505-4164
Telephone: (747)283-1144
11 | Facsimile: (747283-1143

12 | *Attorneys for Plaintiff*
Mitchell Gonzalez
13 |
[Additional attorneys listed on following page.]
14 |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL GONZALEZ, | Case No. 2:18-cv-01744-GMN-EJY |
| Plaintiff, | Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah. |
| v. | **JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES DUE TO COVID-19 PUBLIC HEALTH EMERGENCY** |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC, | |
| Defendants. | Amended Compl.: February 7, 2014 |
| | Case Transferred: September 10, 2018 |

1

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS (Nevada Bar No. 390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone:   (702) 384-7000
Facsimile:    (702) 385-7000

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC; and
Biomet U.S. Reconstruction, LLC

**WETHERALL GROUP, LTD.**
Peter C. Wetherall
*pwetherall@wetherallgroup.com*
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081

*Attorneys for Plaintiff*
Mitchell Gonzalez

2

Plaintiff Mitchell Gonzalez ("Plaintiff"), together with Defendants Biomet Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; and Biomet Manufacturing, LLC (collectively, "Biomet," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, respectfully move the Court for an extension of the discovery deadlines as amended by the Court on November 18, 2019 (Dkt. No. 225), January 17, 2020 (Dkt. No. 228), and April 7, 2020 (Dkt. No. 233) by approximately 120 days, due to the ongoing coronavirus (COVID-19) public health emergency in California, Nevada, and other states where the Parties' counsel and client representatives are located. In support of their stipulation, the Parties state as follows:

1.   As this Court knows, this case involves a variety of product liability claims against Biomet due to Plaintiff's use of the Biomet M2a Metal-on-Metal Hip Replacement System. The Parties have actively litigated this case upon remand. Declaration of Theodore O'Reilly ("O'Reilly Decl."), ¶ 2. To avoid a repetitive account of this matter's previous proceedings in the instant stipulation, the Parties refer the Court to ¶¶ 1-4 in the Parties' previous Stipulation to Continue the Interim Status Report Deadline From the Original Scheduling Order. Dkt. No. 228.

2.   The United States District Court for the District of Nevada has recognized the ongoing threat of COVID-19, as acknowledged in the Court's Temporary General Orders 2020-02, 2020-03, 2020-04, 2020-05, 2020-08, and 2020-09. Due to this ongoing public health crisis, the Parties' discovery efforts, including fact witness and expert depositions, have been and will continue to be severely affected, as Plaintiff's counsel, Biomet's counsel, the Parties to this action, and witnesses, live all over the United States and cannot safely travel due to the risk and travel limitations posed by COVID-19. Any mediation attendance would be severely affected as well. O'Reilly Decl., ¶ 3.

3.   As a result, the Parties hereby stipulate to continue the discovery and other pre-trial deadlines for approximately 120 days. O'Reilly Decl., ¶ 4.

4.   The Parties agree that it would be most productive to conduct these proceedings and preparation for these proceedings in-person, however, to the extent

necessary they are willing to meet and confer regarding conducting pretrial proceedings and related preparation, including depositions remotely. O'Reilly Decl., ¶ 5.

5. This is the Parties' third request for an extension of deadlines, not including the separate request to continue the interim status report deadline on January 17, 2020. Dkt. No. 228.

6. This request does not affect a trial date, as one has not yet been set. O'Reilly Decl., ¶ 6.

7. This request is not made for the purpose of undue delay. O'Reilly Decl., ¶ 7.

**IT IS HEREBY STIPULATED AND REQUESTED**, by and between the Parties and their respective counsel, that discovery, motion, and other pre-trial deadlines be extended as specified in this stipulation as follows:

- Last date to complete case-specific fact discovery from September 11, 2020 to **January 8, 2021**.

- Last date for Plaintiff to disclose experts for case-specific experts from November 20, 2020 to **March 19, 2021**.

- Last date to file an interim status report from November 23, 2020 to **March 23, 2021**.

- Last date for Defendants to disclose experts for case-specific experts from December 22, 2020 to **April 21, 2021**.

- Last date to disclose rebuttal experts from January 8, 2021 to **May 7, 2021**.

- Last date to complete case-specific expert discovery from January 22, 2021 to **May 21, 2021**.

- Last date to file dispositive motions from March 1, 2021 to **June 29, 2021**.

- Last date to file joint pretrial order from April 2, 2021 to **July 30, 2021**, unless dispositive motions are filed.

4

Dated:  September 1, 2020               **FAEGRE DRINKER BIDDLE & REATH LLP**


By:  */s/ Theodore O'Reilly*
    TARIFA B. LADDON
    THEODORE O'REILLY

    Attorneys for Defendants
    BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; AND
    BIOMET U.S. RECONSTRUCTION, LLC

Dated:  September 1, 2020               **MORRIS LAW FIRM**

By:  */s/ James A. Morris, Jr.*
    JAMES A. MORRIS, JR.

    Attorneys for Plaintiff
    MITCHELL GONZALEZ


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  September 1, 2020