1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL GONZALEZ, | Case No.: 2:18-cv-01744-GMN-EJY |
| Plaintiff, | Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah |
| vs. | ~~[PROPOSED]~~ **ORDER APPROVING JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES DUE TO COIVD-19 PUBLIC HEALTH EMERGENCY** |
| BIOMET, INC.; BIOMET U.S. RECONSTRUCTION, LLC; AND BIOMET ORTHOPEDICS, LLC | |
| Defendants. | *[Filed Concurrently with Joint Stipulation to Further Continue Discovery Deadlines Due to Covid-19 Public Health Emergency and Declaration of Theodore O'Reilly In Support of Joint Stipulation]* |
| | Amended Complaint.       February 7, 2014<br>Case Transferred:        September 10, 2018 |

The Court, upon consideration of the Parties' Joint Stipulation to Continue Discovery Deadlines Due to COVID-19 Public Health Emergency, hereby **APPROVES** the Parties' Stipulation.  **IT IS HEREBY ORDERED** that the following deadlines are amended as follows:

The last date to complete case-specific fact discovery is extended to **April 8, 2021**; the last date for Plaintiff to disclose experts for case-specific experts is extended to **June 17, 2021**; the last date to file an interim status report is extended to **June 21, 2021;** the last date for Defendants to disclose experts for case-specific experts is extended to **July 20, 2021**; the last date to disclose rebuttal experts is extended to **August 5, 2021**; the last date to complete case-specific expert discovery is extended to **August 19, 2021**; the last date to file dispositive motions is extended to **September 27, 2021**; and the last date to file a joint pretrial order is extended to **October 28, 2021**, unless dispositive motions are filed.

**IT IS SO ORDERED:**

DATED:  Dec. 15. 2020

_____
Hon. Elayna J. Youchah
United States Magistrate Judge