1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BIOMET, INC.; BIOMET U.S. RECONSTRUCTION, LLC; AND BIOMET ORTHOPEDICS, LLC<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-01744-GMN-EJY<br><br>Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah<br><br>[PROPOSED] **ORDER APPROVING JOINT STIPULATION TO FURTHER EXTEND DISCOVERY DEADLINES**<br><br>*[Filed Concurrently with Joint Stipulation to Further Continue Discovery Deadlines Due to Covid-19 Public Health Emergency and Declaration of Theodore O'Reilly In Support of Joint Stipulation]*<br><br>Amended Complaint.　　February 7, 2014<br>Case Transferred:　　September 10, 2018 |

The Court, upon consideration of the Parties' Joint Stipulation to Further Extend Discovery Deadlines, hereby **APPROVES** the Parties' Stipulation.  **IT IS HEREBY ORDERED** that the following deadlines are amended as follows:

The last date to complete case-specific fact discovery is extended to **June 7, 2021**; the last date for Plaintiff to disclose experts for case-specific experts is extended to **August 16, 2021**; the last date to file an interim status report is extended to **August 20, 2021;** the last date for Defendants to disclose experts for case-specific experts is extended to **September 20, 2021**; the last date to disclose rebuttal experts is extended to **October 4, 2021**; the last date to complete case-specific expert discovery is extended to **October 18, 2021**; the last date to file dispositive motions is extended to **November 23, 2021**; and the last date to file a joint pretrial order is extended to **December 23, 2021**, unless dispositive motions are filed.

**IT IS SO ORDERED:**

DATED: March 12, 2021

_____
Hon. Elayna J. Youchah
United States Magistrate Judge