**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
*tarifa.laddon@faegredrinker.com*
THEODORE O'REILLY (*Pro Hac Vice*)
*theodore.oreilly@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:    (310) 203-4000
Facsimile:    (310) 229-1285

JAMES A. FREDERICK (*Pro Hac Vice*)
*jim.frederick@faegredrinker.com*
1050 K Street NW, Suite 400
Washington, DC 20001
Telephone:    (202) 312-7032
Facsimile:    (202) 312-7461

Attorneys for Defendants
Biomet, Inc.; Biomet Orthopedics, LLC; and
Biomet U.S. Reconstruction, LLC

**MORRIS LAW FIRM**
JAMES A. MORRIS, JR. (*Pro Hac Vice*)
*jmorris@jamlawyers.com*
4001 W. Alameda Ave, Suite 208
Burbank, CA 91505-4164
Telephone:    (747) 283-1144
Facsimile:    (747) 283-1143

Attorneys for Plaintiff
Mitchell Gonzalez

[Additional attorneys listed on following page.]

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL GONZALEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>                    Defendants. | Case No. 2:18-cv-01744-GMN-EJY<br><br>Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah.<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES TO COMPLETE REMAINING DEPOSITION**<br><br>Amended Complaint:  February 7, 2014<br>Case Transferred:    September 10, 2018 |

1  **ALVERSON TAYLOR & SANDERS**
   LEANN SANDERS (Nevada Bar No. 390)
2  *lsanders@alversontaylor.com*
   6605 Grand Montecito Pkwy, Suite 200
3  Las Vegas, NV 89149
   Telephone:    (702) 384-7000
4  Facsimile:    (702) 385-7000

5  Attorneys for Defendants
   Biomet, Inc.; Biomet Orthopedics, LLC; and
6  Biomet U.S. Reconstruction, LLC

7  **WETHERALL GROUP, LTD.**
   Peter C. Wetherall
8  pwetherall@wetherallgroup.com
   9345 W. Sunset Road, Suite 100
9  Las Vegas, NV 89148
   Telephone:    (702) 838-8500
10 Facsimile:    (702) 837-5081

11 Attorneys for Plaintiff
   Mitchell Gonzalez

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Plaintiff Mitchell Gonzalez ("Plaintiff"), together with Defendants Biomet, Inc.;
2   Biomet Orthopedics, LLC and Biomet U.S. Reconstruction, LLC (collectively, "Biomet,"
3   and together with Plaintiff, the "Parties"), by and through their respective undersigned
4   counsel, respectfully move the Court for a limited extension of the current case-specific fact
5   discovery cutoff deadline of June 7, 2021, by approximately 45 days, due to unforeseen
6   difficulties in scheduling the deposition of Dr. Santo Yu, one of Plaintiff's treating
7   physicians.  The Parties do not intend this to affect any other pretrial deadlines.   In support
8   of their stipulation, the Parties state as follows:

9       1.      Biomet properly subpoenaed Dr. Yu and noticed his deposition for May 18,
10  2021;

11      2.      Biomet paid Dr. Yu's $5,000 deposition fee ahead of his May 18th deposition,
12  *see Axelson v. Hartford Ins. Co. of Midwest*, No. 2:11–cv–01827–RCJ–GWF, 2013 WL
13  1261757, at *2 –3 (D. Nev. Mar. 26, 2013) (requiring payment of reasonable expert fees to
14  non-retained treating physicians);

15      3.      The evening before the deposition, Plaintiff's counsel contacted Biomet's
16  counsel to request rescheduling for Dr. Yu's deposition due to an unforeseen conflict;

17      4.      As a professional courtesy, Biomet agreed to reschedule Dr. Yu's deposition;

18      5.      Biomet informed Dr. Yu's office of the need to reschedule due to Plaintiff's
19  unforeseen conflict;

20      6.      Biomet, however, has not been able to obtain new available dates for Dr. Yu's
21  deposition prior to the June 7, 2021 case-specific fact discovery cutoff, seemingly because
22  Dr. Yu's office is demanding a second, full deposition fee, in addition to the fee Biomet
23  already paid, before providing new dates;

24      7.      Accordingly, the Parties agree that a 45-day extension of the case-specific fact
25  discovery cutoff is warranted in order to allow them to complete the deposition of Dr. Yu;

26      8.      This is the Parties' sixth request for an extension of deadlines, although this
27  continuance request affects a single deadline only;

28

9.     This request does not affect any other pretrial dates or a trial date, as one has not yet been set; and

10.     This request is not made for the purpose of undue delay.

**IT IS HEREBY STIPULATED AND REQUESTED**, by and between the Parties and their respective counsel, that the Court should continue the case-specific fact discovery cutoff as follows:

- Last date to complete case-specific fact discovery shall be continued from June 7, 2021 to **July 23, 2021**.

All other pretrial deadlines to remain the same.

Dated:  June 4, 2021                         **FAEGRE DRINKER BIDDLE & REATH LLP**

                                            By:  _/s/ Theodore O'Reilly_
                                            TARIFA B. LADDON
                                            THEODORE O'REILLY

                                            Attorneys for Defendants
                                            BIOMET, INC.; BIOMET ORTHOPEDICS,
                                            LLC; AND BIOMET U.S.
                                            RECONSTRUCTION, LLC

Dated:  June 4, 2021                         **MORRIS LAW FIRM**

                                            By:  _/s/ James A. Morris, Jr._
                                            JAMES A. MORRIS, JR.

                                            Attorneys for Plaintiff
                                            MITCHELL GONZALEZ

**IT IS SO ORDERED:**

DATED:  June 4, 2021                         _____
                                            Hon. Elayna J. Youchah
                                            United States Magistrate Judge