1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BIOMET, INC.; BIOMET U.S. RECONSTRUCTION, LLC; AND BIOMET ORTHOPEDICS, LLC<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-01744-GMN-EJY<br><br>Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO FURTHER EXTEND DISCOVERY DEADLINES**<br><br>*[Filed Concurrently with Joint Stipulation to Further Extend Discovery Deadlines]*<br><br>Amended Complaint.　　February 7, 2014<br>Case Transferred:　　September 10, 2018 |

([PROPOSED] shown with strikethrough)

The Court, upon consideration of the Parties' Joint Stipulation to Further Extend Discovery Deadlines, hereby **APPROVES** the Parties' Stipulation. **IT IS HEREBY ORDERED** that the following deadlines are amended as follows:

- The last date to complete case-specific fact discovery is extended to **February 18, 2022** to allow only for the depositions of Plaintiff's new treaters and to obtain further current medical records upon the completion of Plaintiff's ongoing treatment and testing;

- The last date for Plaintiff to disclose experts for case-specific experts is extended to **March 11, 2022**;

- The last date for Defendants to disclose case-specific experts is extended to **April 15, 2022**;

- The last date to disclose rebuttal experts is extended to **April 29, 2022**;

- The last date to complete case-specific expert discovery is extended to **May 13, 2022**;

- The last date to file dispositive motions is extended to **June 17, 2022**; and

- The last date to file a joint pretrial order is extended to **July 19, 2022**, unless dispositive motions are filed.

**IT IS SO ORDERED:**

DATED: December 8, 2021

_____
Hon. Elayna J. Youchah
United States Magistrate Judge