1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL GONZALEZ,<br><br>     Plaintiff,<br><br> vs.<br><br>BIOMET, INC.; BIOMET U.S.<br>RECONSTRUCTION, LLC; AND<br>BIOMET ORTHOPEDICS, LLC<br><br>     Defendants. | Case No.: 2:18-cv-01744-GMN-EJY<br><br>Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah<br><br>**[PROPOSED] ORDER APPROVING<br>JOINT STIPULATION TO FURTHER<br>EXTEND DISCOVERY DEADLINES**<br><br>*[Filed Concurrently with Joint Stipulation to<br>Further Extend Discovery Deadlines]*<br><br>Amended Complaint.  February 7, 2014<br>Case Transferred:  September 10, 2018 |

The Court, upon consideration of the Parties' Joint Stipulation to Further Extend Discovery Deadlines, hereby **APPROVES** the Parties' Stipulation.  **IT IS HEREBY ORDERED** that the following deadlines are amended as follows:

- The last date to complete case-specific fact discovery is extended to **June 17, 2022** to allow for the completion of additional essential discovery related to Plaintiff's current medical conditions and ongoing treatment;

- The last date for Plaintiff to disclose experts for case-specific experts is extended to **July 11, 2022**;

- The last date for Defendants to disclose case-specific experts is extended to **August 12, 2022**;

- The last date to disclose rebuttal experts is extended to **August 26, 2022**;

- The last date to complete case-specific expert discovery is extended to **September 9, 2022**;

- The last date to file dispositive motions is extended to **October 14, 2022**; and

- The last date to file a joint pretrial order is extended to **November 11, 2022**, unless dispositive motions are filed.

**IT IS SO ORDERED:**

DATED: ___February 8, 2022___        _____
                                      Hon. Elayna J. Youchah
                                      United States Magistrate Judge