**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
*tarifa.laddon@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:   (310) 203-4000
Facsimile:   (310) 229-1285

Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; AND BIOMET U.S. RECONSTRUCTION, LLC

**MORRIS LAW FIRM**
JAMES A. MORRIS, JR. (*Pro Hac Vice*)
*jmorris@jamlawyers.com*
4001 W. Alameda Ave, Suite 208
Burbank, CA 91505-4164
Telephone: (747)283-1144
Facsimile: (747283-1143

Attorneys for Plaintiff
MITCHELL GONZALEZ

[Additional attorneys listed on following page.]

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>Defendants. | Case No. 2:18-cv-01744-GMN-EJY<br><br>Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah.<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*[Filed Concurrently with [Proposed] Order]*<br><br>Amended Complaint:   February 7, 2014<br>Case Transferred:   September 10, 2018 |

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS (Nevada Bar No. 390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone:   (702) 384-7000
Facsimile:   (702) 385-7000

Attorneys for Defendants
Biomet, Inc.; Biomet Orthopedics, LLC; and
Biomet U.S. Reconstruction, LLC

**WETHERALL GROUP, LTD.**
Peter C. Wetherall
*pwetherall@wetherallgroup.com*
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081

Attorneys for Plaintiff
Mitchell Gonzalez

**TO THE DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Mitchell Gonzalez and Defendants Biomet, Inc., Biomet Orthopedics, LLC, and Biomet U.S. Reconstruction, LLC, who have appeared through acting counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action and all claims stated therein against all Parties are hereby dismissed *with* prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: August 2, 2022          **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Tarifa B. Laddon*
    TARIFA B. LADDON

Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; AND BIOMET U.S. RECONSTRUCTION, LLC

Dated: August 2, 2022          **MORRIS LAW FIRM**

By: */s/ James A. Morris*
    JAMES A. MORRIS, JR.

Attorneys for Plaintiff
MITCHELL GONZALEZ

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01744-GMN-EJY<br><br>Honorable Gloria M. Navarro<br>Magistrate Judge Elayna J. Youchah.<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*[Filed Concurrently with [Proposed] Order]*<br><br>Amended Complaint:　February 7, 2014<br>Case Transferred:　　September 10, 2018 |

1

The Court, upon consideration of the Parties' August 2, 2022 Joint Stipulation of Dismissal with Prejudice, hereby **APPROVES** the Parties' Stipulation.  **IT IS HEREBY ORDERED**, pursuant to Rule 41(a)(1)(A)(ii), that this entire action and all claim stated therein against all Parties are dismissed *with* prejudice.  Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __6__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT